JOHN P. REITMAN (State Bar No. 80579)
jreitman@landaufirm.com
MONICA RIEDER (State Bar No. 263250)
mrieder@landaufirm.com
JACK A. REITMAN (State Bar No. 283746)
jareitman@landaufirm.com
LANDAU LAW LLP
2338 Manning Ave.
Los Angeles, California 90064
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

Special Litigation Attorneys for
Plaintiff Richard A. Marshack,
Chapter 7 Trustee for Eagan Avenatti, LLP

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

In re

EAGAN AVENATTI, LLP,

Debtor.

RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR EAGAN AVENATTI, LLP,

Plaintiff,

v.

ALEDMI, LLC, an administratively dissolved Washington limited liability company; ALAN CHAFFEE, as successor in interest to ALEDMI, LLC; EDWIN SPAUNHURST, as successor in interest to ALEDMI, LLC; MICHAEL WHITE, as successor in interest to ALEDMI, LLC,

Defendants.

Case No.: 8:19-bk-13560-SC

Chapter 7

Adv. No.: 8:20-ap-01049-SC

**DECLARATION OF JACK A. REITMAN IN SUPPORT OF PLAINTIFF TRUSTEE'S OBJECTION TO DEFENDANTS' LODGED ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR ORDER COMPELLING TRUSTEE TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37; EXHIBITS**

**Hearing Date and Time:**
Date: July 29, 2021
Time: 11:00 a.m.
Place: Courtroom 5C
411 W Fourth St.
Santa Ana, CA 92701

**DECLARATION OF JACK A. REITMAN**

I, Jack A. Reitman, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto under oath. I am an attorney at law licensed to practice in the State of California and admitted to practice before this Court. I am an associate with the law firm of Landau Law LLP (the "Landau firm"), special litigation counsel for Richard A. Marshack, chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Eagan Avenatti LLP ("EA"). I make this declaration in support of the Trustee's objection to Defendants' lodged "ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR ORDER COMPELLING TRUSTEE TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37" (the "Proposed Order").

2. As directed by the Court, I have produced the following categories of documents to Defendants via email and Dropbox link: (i) EA's debt to Baker Keener & Nahra, LLP; (ii) EA's debt to the California Franchise Tax Board; (iii) EA's debt to the Internal Revenue Service; (iv) EA's debt to Jason Frank and Jason Frank Law; (v) EA's debt to Stoll, Nussbaum & Polakov APC; (vi) EA partnership documents; (vii) EA payments to Koss Corporation with the Aledmi loan proceeds to Global Baristas; (viii) EA repayment of the Aledmi loan proceeds to Global Baristas; (ix) EA transfers to Aledmi; (x) documents supporting the Trustee's claim of actual fraudulent transfer; and (xi) documents showing EA's default to multiple creditors at the time of the transfers to Aledmi. A true and correct copy of those transmission emails is attached as Exhibit 1. The Trustee is continuing to compile documents to be produced within 21 days, as directed at the hearing.

3. On Saturday August 7, and after they had received the above referenced documents, Defendants emailed their initial draft Proposed Order to the Trustee. The Trustee responded to the initial Proposed Order on Wednesday, August 11 with his own edits to the Proposed Order. A true and correct copy of the Defendants' initial Proposed Order is attached as Exhibit 2; a true and correct copy of the Trustee's edited version of that initial Proposed Order is attached as Exhibit 3; a true and correct copy of the email chain between counsel for the Trustee and counsel for Aledmi

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

discussing the Proposed Order is attached as Exhibit 4. The Trustee's complaint with respect to the phrase "relating to" is based upon the colloquy at the hearing between the Court and the Defendants' attorney Mr. Simon. At the hearing, the Court enquired as to the meaning of that phrase ("relating to") in the context of the Court's request that Mr. Simon be more specific as to what he needed to defend the case; Mr. Simon was unable to provide that information to the Court.

4. The following day, Thursday, August 12, at 12:12 p.m., Defendants emailed a revised Proposed Order with the note "Thanks for your changes – we accepted the majority of them. . . . We intend to lodge this form of the order today." *See* Ex. 4. Defendants lodged their Proposed Order shortly thereafter, at 1:25 p.m. on that same day. A true and correct copy of a red-lined version of Defendants' Proposed Order is attached as Exhibit 5. Neither John Reitman nor I (nor our paralegals) received the ECF notice for the Notice of Lodgment of the Proposed Order.

5. That evening, John Reitman wrote Mr. Simon and his colleague Robert Marticello stating "if you lodge the order 'as is', the Trustee will file an objection to it. Do you really want to revisit the vague language with the Court? I am available to discuss this further tomorrow or early next week." *See* Ex. 4. At 9:09 p.m., Mr. Marticello responded: "Please identify the language you believe is vague and is not the language that was specifically discussed and used on the record during the hearing." Mr. Marticello did not disclose that the disputed Proposed Order had already been lodged with the Court. *See* Ex. 4.

6. The following day, August 13, John Reitman responded to Mr. Marticello's email with a detailed explanation of his understanding of what had occurred at the hearing on Defendants' Motion to Compel. *See* Ex. 4. Both John Reitman and I were still unaware that the disputed Proposed Order had already been lodged. On Monday, August 16, Mr. Marticello responded to John Reitman's August 13 email, stating Defendants refused to alter their position and then informed John Reitman and myself that Defendants' Proposed Order had already been lodged.

7. The Trustee has stated in his opposition to the Motion to Compel and at hearing that adding the terminology "regarding" or "related to" adds nothing of value to the search of the "key word" searches of the IRS-CI prepared forensic image of Eagan Avenatti's records (as is the case

Landau Law LLP
Attorneys At Law
Los Angeles, California

in §§ 2.A-F and 4 of Defendants' Proposed Order) because a word-search function cannot interpret the meaning of documents.

8. In seeking a reasonable accommodation with Defendants over the scope of the Proposed Order, the Trustee's counsel focused on what we understood to be the Court's articulated problem with the phrase "relating to" (and similarly, "regarding") as that phrase is inherently vague and does not sufficiently describe the universe of documents demanded by Defendants. The Trustee does not understand what those descriptors mean, just as the Court took issue with the use of that term.

9. A form of order that the Trustee believes better reflects the Court's ruling on July 29 is attached as Exhibit 6.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2021, at Los Angeles, California

/s Jack A. Reitman
Jack A. Reitman

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# EXHIBIT 1

**Jack Reitman**

**From:** Jack Reitman
**Sent:** Thursday, August 5, 2021 12:41 PM
**To:** Michael Simon
**Cc:** John Reitman
**Subject:** EA; Marshack v. Aledmi Production of Documents Pursuant to 7/29 Court Order – EA Debt to Baker, Keener & Nahra, LLP

Michael:

Pursuant to the Court's ruling on 7/29/2021, please find the below Dropbox link containing the Trustee's production of documents pertaining to EA's Debt to Baker, Keener & Nahra, LLP. The categories of documents produced by the Trustee pursuant to the 7/29/2021 Court order will all come in separate emails.

https://www.dropbox.com/sh/f5wmu5dfhol8zeu/AAAUxhH9g3BfLjtATEOPptgLa?dl=0

Jack A. Reitman
Attorney

**Landau Law LLP**
2338 Manning Ave.
Los Angeles, CA 90064
Main: 310-557-0050
Direct: 310-691-7383
Fax: 310-557-0056
E-mail: jareitman@landaufirm.com
Web: www.landaufirm.com

Please consider the environment before printing.

This e-mail is a confidential communication and may also be legally privileged. If you are not the intended recipient, immediately you should: (1) reply via e-mail to sender; (2) destroy this communication and all copies thereof, including deletion of all associated text files from individual and network storage devices; and (3) refrain from disseminating this communication by any means whatsoever.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**Jack Reitman**

**From:** Jack Reitman
**Sent:** Thursday, August 5, 2021 12:46 PM
**To:** Michael Simon
**Cc:** John Reitman
**Subject:** EA; Marshack v. Aledmi Production of Documents Pursuant to 7/29 Court Order – EA Debt to California Franchise Tax Board

Michael:

Pursuant to the Court's ruling on 7/29/2021, please find the below Dropbox link containing the Trustee's production of documents pertaining to EA's Debt to the California Franchise Tax Board. The categories of documents produced by the Trustee pursuant to the 7/29/2021 Court order will all come in separate emails.

https://www.dropbox.com/sh/hdpjcc7vrrm02q2/AABquAoFnkeJC1S2nRXD9iSka?dl=0

Jack A. Reitman
Attorney

**Landau Law LLP**
2338 Manning Ave.
Los Angeles, CA 90064
Main: 310-557-0050
Direct: 310-691-7383
Fax: 310-557-0056
E-mail: jareitman@landaufirm.com
Web: www.landaufirm.com

Please consider the environment before printing.

This e-mail is a confidential communication and may also be legally privileged. If you are not the intended recipient, immediately you should: (1) reply via e-mail to sender; (2) destroy this communication and all copies thereof, including deletion of all associated text files from individual and network storage devices; and (3) refrain from disseminating this communication by any means whatsoever.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**Jack Reitman**

---

**From:** Jack Reitman
**Sent:** Thursday, August 5, 2021 12:48 PM
**To:** Michael Simon
**Cc:** John Reitman
**Subject:** EA; Marshack v. Aledmi Production of Documents Pursuant to 7/29 Court Order – EA Debt to the Internal Revenue Service

Michael:

Pursuant to the Court's ruling on 7/29/2021, please find the below Dropbox link containing the Trustee's production of documents pertaining to EA's Debt to the IRS. The categories of documents produced by the Trustee pursuant to the 7/29/2021 Court order will all come in separate emails.

https://www.dropbox.com/sh/d8rsyt9b6d19iu7/AABEPZAaht2ARbthqSdHao6aa?dl=0

Jack A. Reitman
Attorney

**Landau Law LLP**
2338 Manning Ave.
Los Angeles, CA 90064
Main: 310-557-0050
Direct: 310-691-7383
Fax: 310-557-0056
E-mail: jareitman@landaufirm.com
Web: www.landaufirm.com

Please consider the environment before printing.

This e-mail is a confidential communication and may also be legally privileged. If you are not the intended recipient, immediately you should: (1) reply via e-mail to sender; (2) destroy this communication and all copies thereof, including deletion of all associated text files from individual and network storage devices; and (3) refrain from disseminating this communication by any means whatsoever.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**Jack Reitman**

**From:** Jack Reitman
**Sent:** Thursday, August 5, 2021 12:51 PM
**To:** Michael Simon
**Cc:** John Reitman
**Subject:** EA; Marshack v. Aledmi Production of Documents Pursuant to 7/29 Court Order – EA Debt to Jason Frank/Jason Frank Law

Michael:

Pursuant to the Court's ruling on 7/29/2021, please find the below Dropbox link containing the Trustee's production of documents pertaining to EA's Debt to Jason Frank/Jason Frank Law. The categories of documents produced by the Trustee pursuant to the 7/29/2021 Court order will all come in separate emails.

https://www.dropbox.com/sh/j8q8h0jlr9vmdpv/AACQaa-qEXyW4LOL6A1wBe15a?dl=0

Jack A. Reitman
Attorney

**Landau Law LLP**
2338 Manning Ave.
Los Angeles, CA 90064
Main: 310-557-0050
Direct: 310-691-7383
Fax: 310-557-0056
E-mail: jareitman@landaufirm.com
Web: www.landaufirm.com

Please consider the environment before printing.

This e-mail is a confidential communication and may also be legally privileged. If you are not the intended recipient, immediately you should: (1) reply via e-mail to sender; (2) destroy this communication and all copies thereof, including deletion of all associated text files from individual and network storage devices; and (3) refrain from disseminating this communication by any means whatsoever.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**Jack Reitman**

**From:** Jack Reitman
**Sent:** Thursday, August 5, 2021 12:54 PM
**To:** Michael Simon
**Cc:** John Reitman
**Subject:** EA; Marshack v. Aledmi Production of Documents Pursuant to 7/29 Court Order – EA Debt to Stoll, Nussbaum, and Polakov APC

Michael:

Pursuant to the Court's ruling on 7/29/2021, please find the below Dropbox link containing the Trustee's production of documents pertaining to EA's Debt to Stoll, Nussbaum, and Polakov. The categories of documents produced by the Trustee pursuant to the 7/29/2021 Court order will all come in separate emails.

https://www.dropbox.com/sh/yymrepufeamqyoq/AADzxc1fHMT8OhsIyt1bz36Aa?dl=0

Jack A. Reitman
Attorney

**Landau Law LLP**
2338 Manning Ave.
Los Angeles, CA 90064
Main: 310-557-0050
Direct: 310-691-7383
Fax: 310-557-0056
E-mail: jareitman@landaufirm.com
Web: www.landaufirm.com

Please consider the environment before printing.

This e-mail is a confidential communication and may also be legally privileged. If you are not the intended recipient, immediately you should: (1) reply via e-mail to sender; (2) destroy this communication and all copies thereof, including deletion of all associated text files from individual and network storage devices; and (3) refrain from disseminating this communication by any means whatsoever.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**Jack Reitman**

---

**From:** Jack Reitman
**Sent:** Thursday, August 5, 2021 12:57 PM
**To:** Michael Simon
**Cc:** John Reitman
**Subject:** EA; Marshack v. Aledmi Production of Documents Pursuant to 7/29 Court Order – EA Partnership Documents

Michael:

Pursuant to the Court's ruling on 7/29/2021, please find the below Dropbox link containing the Trustee's production of documents pertaining to EA's Partnership documents. Please note that we have not been able to locate an Eagan signed copy of Mr. Eagan's withdrawal agreement – we will produce a copy if we are able to locate it. The categories of documents produced by the Trustee pursuant to the 7/29/2021 Court order will all come in separate emails.

https://www.dropbox.com/sh/7be4cwcsgjm9nqq/AADGNycR5w29oS2Tfnctp4UEa?dl=0

Jack A. Reitman
Attorney

**Landau Law LLP**
2338 Manning Ave.
Los Angeles, CA 90064
Main: 310-557-0050
Direct: 310-691-7383
Fax: 310-557-0056
E-mail: jareitman@landaufirm.com
Web: www.landaufirm.com

Please consider the environment before printing.

This e-mail is a confidential communication and may also be legally privileged. If you are not the intended recipient, immediately you should: (1) reply via e-mail to sender; (2) destroy this communication and all copies thereof, including deletion of all associated text files from individual and network storage devices; and (3) refrain from disseminating this communication by any means whatsoever.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

## Jack Reitman

**From:** Jack Reitman
**Sent:** Thursday, August 5, 2021 12:58 PM
**To:** Michael Simon
**Cc:** John Reitman
**Subject:** EA; Marshack v. Aledmi Production of Documents Pursuant to 7/29 Court Order – Transfer of Funds to Koss Corporation

Michael:

Pursuant to the Court's ruling on 7/29/2021, please find the below Dropbox link containing the Trustee's production of documents pertaining to the transfer of funds to Koss Corporation. The categories of documents produced by the Trustee pursuant to the 7/29/2021 Court order will all come in separate emails.

https://www.dropbox.com/sh/vvvynmtzchqvr7u/AADr7hXWSMeNXKv_MuneQes9a?dl=0

Jack A. Reitman
Attorney

**Landau Law LLP**
2338 Manning Ave.
Los Angeles, CA 90064
Main: 310-557-0050
Direct: 310-691-7383
Fax: 310-557-0056
E-mail: jareitman@landaufirm.com
Web: www.landaufirm.com

Please consider the environment before printing.

This e-mail is a confidential communication and may also be legally privileged. If you are not the intended recipient, immediately you should: (1) reply via e-mail to sender; (2) destroy this communication and all copies thereof, including deletion of all associated text files from individual and network storage devices; and (3) refrain from disseminating this communication by any means whatsoever.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**Jack Reitman**

**From:** Jack Reitman
**Sent:** Thursday, August 5, 2021 1:00 PM
**To:** Michael Simon
**Cc:** John Reitman
**Subject:** EA; Marshack v. Aledmi Production of Documents Pursuant to 7/29 Court Order – Transfer of Funds from EA to Aledmi

Michael:

Pursuant to the Court's ruling on 7/29/2021, please find the below Dropbox link containing the Trustee's production of documents pertaining to the transfer of funds from EA to Aledmi. The categories of documents produced by the Trustee pursuant to the 7/29/2021 Court order will all come in separate emails.

https://www.dropbox.com/sh/i2rcduh52x7ruyt/AAB0qPDpiqf-C2nackM2ISWva?dl=0

Jack A. Reitman
Attorney

**Landau Law LLP**
2338 Manning Ave.
Los Angeles, CA 90064
Main: 310-557-0050
Direct: 310-691-7383
Fax: 310-557-0056
E-mail: jareitman@landaufirm.com
Web: www.landaufirm.com

Please consider the environment before printing.

This e-mail is a confidential communication and may also be legally privileged. If you are not the intended recipient, immediately you should: (1) reply via e-mail to sender; (2) destroy this communication and all copies thereof, including deletion of all associated text files from individual and network storage devices; and (3) refrain from disseminating this communication by any means whatsoever.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**Jack Reitman**

**From:** Jack Reitman
**Sent:** Thursday, August 5, 2021 1:02 PM
**To:** Michael Simon
**Cc:** John Reitman
**Subject:** EA; Marshack v. Aledmi Production of Documents Pursuant to 7/29 Court Order – Claim that EA Actually Intended to Hinder, Delay, or Defraud Creditors

Michael:

Pursuant to the Court's ruling on 7/29/2021, please find the below Dropbox link containing the Trustee's production of documents pertaining to the Trustee's claim that EA actually intended to hinder, delay, or defraud its creditors. The categories of documents produced by the Trustee pursuant to the 7/29/2021 Court order will all come in separate emails.

https://www.dropbox.com/sh/paq9tpg55k6l4bn/AACw7zUPZUUZkY_bcgdXSVHua?dl=0

Jack A. Reitman
Attorney

**Landau Law LLP**
2338 Manning Ave.
Los Angeles, CA 90064
Main: 310-557-0050
Direct: 310-691-7383
Fax: 310-557-0056
E-mail: jareitman@landaufirm.com
Web: www.landaufirm.com

Please consider the environment before printing.

This e-mail is a confidential communication and may also be legally privileged. If you are not the intended recipient, immediately you should: (1) reply via e-mail to sender; (2) destroy this communication and all copies thereof, including deletion of all associated text files from individual and network storage devices; and (3) refrain from disseminating this communication by any means whatsoever.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**Jack Reitman**

**From:** Jack Reitman
**Sent:** Thursday, August 5, 2021 1:07 PM
**To:** Michael Simon
**Cc:** John Reitman
**Subject:** EA; Marshack v. Aledmi Production of Documents Pursuant to 7/29 Court Order – Claim that EA was in default of multiple creditors

Michael:

Pursuant to the Court's ruling on 7/29/2021, please find the below Dropbox link containing the Trustee's production of documents pertaining to the Trustee's claim that EA was in default of multiple creditors. The categories of documents produced by the Trustee pursuant to the 7/29/2021 Court order will all come in separate emails.

https://www.dropbox.com/sh/5ikto3sio4yzymx/AADs9IC8DsoM6El3hG9tC0o6a?dl=0

The credentials to open the unlocked Quickbooks file is included in a .txt file, but is restated below for your convenience.

UN: Admin
PW: Force10

A full copy of Quickbooks is required to open the file.

Jack A. Reitman
Attorney

**Landau Law LLP**
2338 Manning Ave.
Los Angeles, CA 90064
Main: 310-557-0050
Direct: 310-691-7383
Fax: 310-557-0056
E-mail: jareitman@landaufirm.com
Web: www.landaufirm.com

Please consider the environment before printing.

This e-mail is a confidential communication and may also be legally privileged. If you are not the intended recipient, immediately you should: (1) reply via e-mail to sender; (2) destroy this communication and all copies thereof, including deletion of all associated text files from individual and network storage devices; and (3) refrain from disseminating this communication by any means whatsoever.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**Jack Reitman**

---

**From:** Jack Reitman
**Sent:** Tuesday, August 10, 2021 6:37 PM
**To:** Michael Simon
**Subject:** EA; Marshack v. Aledmi Production of Documents Pursuant to 7/29 Court Order – Claim that EA repaid Aledmi loan to Global Baristas

Michael:

Pursuant to the Court's ruling on 7/29/2021, please find the below Dropbox link containing the Trustee's production of documents pertaining to the Trustee's claim that EA repaid the Aledmi loan to Global Baristas. The categories of documents produced by the Trustee pursuant to the 7/29/2021 Court order will all come in separate emails.

https://www.dropbox.com/sh/40z7n24bzz2tcnk/AAD2jvoWTJFC3pEhknZRT-BAa?dl=0

Jack A. Reitman
Attorney

**Landau Law LLP**
2338 Manning Ave.
Los Angeles, CA 90064
Main: 310-557-0050
Direct: 310-691-7383
Fax: 310-557-0056
E-mail: jareitman@landaufirm.com
Web: www.landaufirm.com

Please consider the environment before printing.

This e-mail is a confidential communication and may also be legally privileged. If you are not the intended recipient, immediately you should: (1) reply via e-mail to sender; (2) destroy this communication and all copies thereof, including deletion of all associated text files from individual and network storage devices; and (3) refrain from disseminating this communication by any means whatsoever.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

# EXHIBIT 2

**SMILEY WANG-EKVALL, LLP**
Robert S. Marticello, State Bar No. 244256
*rmarticello@swelawfirm.com*
Michael L. Simon, State Bar No. 300822
*msimon@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone: 714 445-1000
Facsimile: 714 445-1002

Attorneys for Defendants

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA DIVISION**

In re

EAGAN AVENATTI, LLP,

Debtor.

RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR EAGAN AVENATTI, LLP,

Plaintiff,

v.

ALEDMI, LLC, an administratively dissolved Washington limited liability company; ALAN CHAFEE, as successor in interest to ALEDMI, LLC; EDWIN SPAUNHURST, as successor in interest to ALEDMI, LLC; MICHAEL WHITE, as successor in interest to ALEDMI, LLC;

Defendants.

Case No. 8:19-bk-13560-SC

Chapter 7

Adv. No. 8:20-ap-01049-SC

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR ORDER COMPELLING TRUSTEE TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37**

**Hearing (via Zoom for Government):**
**Date: July 29, 2021**
**Time: 11:00 a.m.**
**Place: Courtroom 5C**
**411 W. Fourth St.,**
**Santa Ana, CA 92701**

On July 29, 2021, at 11:00 a.m., the above-captioned Court held a hearing on the motion of defendants Aledmi, LLC, Alan Chafee, Edwin Spaunhurts, and Michael White (collectively, the "Defendants") for an order compelling plaintiff Richard A. Marshack, Chapter 7 Trustee (the "Trustee") for Eagan Avenatti, LLP (the "Debtor"), to produce documents pursuant to Federal

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

Rule of Civil Procedure 37 [Docket No. 54] (the "Motion").  Michael L. Simon and Robert S. Marticello of Smiley Wang-Ekvall, LLP, appeared on behalf of the Defendants.  All other appearances were as noted on the record.

Having considered the Motion, the joint stipulation [Docket No. 55], and all other filings related thereto, the statements of counsel made on the record at the hearing, and finding that notice and service were proper, and sufficient cause appearing therefor, for the reasons stated on the record,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted in part and denied in part as set forth below;

2. Within 30 days of entry of this order, the Trustee shall produce the following documents to the Defendants:

A. All documents relating to any claims of Stoll, Nussbaaum & Polakov APC, against the Debtor that were owed at any time between January 1, 2013 and December 31, 2015;

B. All documents relating to any claims of the California Franchise Tax Board, against the Debtor that were owed at any time between January 1, 2013 and December 31, 2015;

C. All documents relating to any claims of the Internal Revenue Service against the Debtor that were owed at any time between January 1, 2013 and December 31, 2015;

D. All documents relating to any claims of Jason Frank or Jason Frank Law, PLC, against the Debtor that were owed at any time between January 1, 2013 and December 31, 2015;

E. All documents relating to any claims of Baker, Keener & Nahra, LLP, against the Debtor that were owed at any time between January 1, 2013 and December 31, 2015;

F. All communications—including emails, letters, notes and memoranda—related to the Debtor's receipt of the loan proceeds from Aledmi, LLC ("Aledmi");

G. All financial statements of the Debtor from January 1, 2013, through and including December 31, 2014;

H.    All documents and communications relating to the "7-Year Transfers" (as defined in the complaint [Docket No. 19] (the "Complaint")) from the Debtor to Aledmi; and

I.    All documents and communications pertaining to the Debtor's partnership agreements and any modifications thereto;

3.    Within three weeks of entry of this order, the Trustee shall produce to the Defendants all financial statements of the Debtor from January 1, 2013, through and including December 31, 2014, from the physical files that are being held in storage by the Trustee;

4.    Within seven days of entry of this order, the Trustee shall produce to the Defendants all communications—including emails, letters, notes and memoranda—related to the Debtor's use of the Aledmi loan proceeds;

5.    Within twenty one days of entry of this order, the Trustee shall produce to the Defendants all documents that strongly suggest that the Debtor was in default on multiple obligations at the time of the 7-Year Transfers to Aledmi as alleged in Paragraph 36 of the Complaint, lines 6 through 7;

6.    Within seven days of entry of this order, the Trustee shall produce to the Defendants all documents and communications relating to the allegation in the opposition [Docket No. 65] that the Debtor repaid the Aledmi loan to Global Baristas;

7.    If the Trustee or anyone on his behalf locates the withdrawal letter signed by Mr. Eagan that was discussed at the July 29, 2021 hearing on the Motion, the Trustee shall produce such to the Defendants as soon as practicable;

8.    Within twenty one days of entry of this order, the Trustee shall produce to the Defendants all documents and communications that the Trustee is relying on to develop or that relate to the Debtor's intent for the actual fraudulent transfer allegations in the Complaint;

9.    Each production ordered herein shall be made by separate email with a transmittal note identifying the specific category of production;

10.    The Defendants' requests for attorneys' fees and costs related to prosecuting is denied;

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

11. The discovery cut-off deadline, as to issues in the Motion only, is extended from July 30, 2021 to September 30, 2021; and

12. The motion cut-off deadline is extended from October 6, 2021 to November 4, 2021.

###

# EXHIBIT 3

**SMILEY WANG-EKVALL, LLP**
Robert S. Marticello, State Bar No. 244256
*rmarticello@swelawfirm.com*
Michael L. Simon, State Bar No. 300822
*msimon@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone: 714 445-1000
Facsimile: 714 445-1002

Attorneys for Defendants

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA DIVISION**

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>Debtor. | Case No. 8:19-bk-13560-SC<br><br>Chapter 7<br><br>Adv. No. 8:20-ap-01049-SC |
| RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR EAGAN AVENATTI, LLP,<br><br>Plaintiff,<br><br>v.<br><br>ALEDMI, LLC, an administratively dissolved Washington limited liability company; ALAN CHAFEE, as successor in interest to ALEDMI, LLC; EDWIN SPAUNHURST, as successor in interest to ALEDMI, LLC; MICHAEL WHITE, as successor in interest to ALEDMI, LLC;<br><br>Defendants. | **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR ORDER COMPELLING TRUSTEE TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37**<br><br>**Hearing (via Zoom for Government):**<br>**Date: July 29, 2021**<br>**Time: 11:00 a.m.**<br>**Place: Courtroom 5C**<br>**411 W. Fourth St.,**<br>**Santa Ana, CA 92701** |

On July 29, 2021, at 11:00 a.m., the above-captioned Court held a hearing on the motion of defendants Aledmi, LLC, Alan Chafee, Edwin Spaunhurts, and Michael White (collectively, the "Defendants") for an order compelling plaintiff Richard A. Marshack, Chapter 7 Trustee (the "Trustee") for Eagan Avenatti, LLP (the "Debtor"), to produce documents pursuant to Federal

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

Rule of Civil Procedure 37 [Docket No. 54] (the "Motion"). Michael L. Simon and Robert S. Marticello of Smiley Wang-Ekvall, LLP, appeared on behalf of the Defendants. All other appearances were as noted on the record.

Having considered the Motion, the joint stipulation [Docket No. 55], and all other filings related thereto, the statements of counsel made on the record at the hearing, and finding that notice and service were proper, and sufficient cause appearing therefor, for the reasons stated on the record,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted in part and denied in part as set forth below~~;~~:

2. Within 30 days ~~of~~ after entry of this order, the Trustee shall produce the following documents to the Defendants:

A. All documents ~~relating to~~that the Trustee has been able to determine mentions or discusses any claims of Stoll, Nussbaaum & Polakov APC, against the Debtor that were owed at any time between January 1, 2013 and December 31, 2015.~~;~~

B. All documents ~~relating to~~that the Trustee has been able to determine mentions or discusses any claims of the California Franchise Tax Board, against the Debtor that were owed at any time between January 1, 2013 and December 31, 2015.~~;~~

C. All documents that the Trustee has been able to determine mentions or discusses~~relating to~~ any claims of the Internal Revenue Service against the Debtor that were owed at any time between January 1, 2013 and December 31, 2015.~~;~~

D. All documents that the Trustee has been able to determine mentions or discusses~~relating to~~ any claims of Jason Frank or Jason Frank Law, PLC, against the Debtor that were owed at any time between January 1, 2013 and December 31, 2015.~~;~~

E. All documents that the Trustee has been able to determine mentions, or discusses~~relating to~~ any claims of Baker, Keener & Nahra, LLP, against the Debtor that were owed at any time between January 1, 2013 and December 31, 2015.~~;~~

F. All communications — including emails, letters, notes and memoranda — that the Trustee has been able to determine, mentions, or discusses related to the Debtor's receipt of the loan proceeds from Aledmi, LLC ("Aledmi");").

G. All financial statements of the Debtor from January 1, 2013, through and including December 31, 2014;

HG. All documents and communications relating to the "7-Year Transfers" (as defined in the complaint [Docket No. 19] (the "Complaint")) from the Debtor to Aledmi; and

IH. The Eagan Avenatti LLP partnership agreement and any modofication to it, along with the withdrawl leter unsigned by Mr. EaganAll documents and communications pertaining to the Debtor's partnership agreements and any modifications thereto.; If the Trustee or anyone on his behalf locates the withdrawal letter signed by Mr. Eagan that was discussed at the July 29, 2021 hearing on the Motion, the Trustee shall produce such to the Defendants as soon as practicable.

3. Within three weekstwenty one days of after entry of this order, the Trustee shall produce to the Defendants all financial statements of the Debtor from January 1, 2013, through and including December 31, 2014, from the physical files that are being held in storage by the Trustee;.

4. Within seven days of after entry of this order, the Trustee shall produce to the Defendants all communications that the Trustee has been able to determine mentions or discusses — including emails, letters, notes and memoranda — related to the Debtor's use of the Aledmi loan proceeds; .

5. Within twenty one days of after entry of this order, the Trustee shall produce to the Defendants all documents on which the Trustee relied in asserting that strongly suggest that the Debtor was in default on multiple obligations at the time of the 7-Year Transfers to Aledmi as alleged in Paragraph 36 of the Complaint, lines 6 through 7; .

6. Within seven days of after entry of this order, the Trustee shall produce to the Defendants all documents and communications on which the Trustee relied in asserting that

**Commented [JR1]:** Conflicts with §2.G. above, so §2.G. was deleted.

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

relating to the allegation in the opposition [Docket No. 65] that the Debtor repaid the Aledmi loan to Global Baristas in the opposition [Docket No. 65];.

7. If the Trustee or anyone on his behalf locates the withdrawal letter signed by Mr. Eagan that was discussed at the July 29, 2021 hearing on the Motion, the Trustee shall produce such to the Defendants as soon as practicable;

Commented [JR2]: Moved to §2H

87. Within twenty one days of after entry of this order, the Trustee shall produce to the Defendants all documents and communications that the Trustee is relying on to develop or that relate to the Debtor's intent for the actual fraudulent transfer allegations in the Complaint;.

98. Each production ordered herein shall be made by separate email with a transmittal note identifying the specific category of production;.

109. The Defendants' requests for attorneys' fees and costs related to prosecuting is denied;.

1110. The discovery cut-off deadline, as to issues in the Motion only, is extended from July 30, 2021 to September 30, 2021; and.

1211. The motion cut-off deadline is extended from October 6, 2021 to November 4, 2021.

###

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

EXHIBIT 4

**From:** Robert Marticello
**To:** John Reitman
**Cc:** Michael Simon; Jack Reitman
**Subject:** RE: Eagan Avenatti v. Aledmi - Proposed Order re Motion to Compel
**Date:** Monday, August 16, 2021 1:27:31 PM
**Attachments:** image001.png
image003.jpg
image005.jpg
100913584-0--56173.pdf

---

Mr. Reitman,

The language used in the proposed form order is consistent with the order of the Court on the record of the hearing. Your email below does not argue to the contrary, but seems to re-argue the motion to compel. The order was lodged on Thursday of last week as indicated in Michael's email on that date and before your response that evening. Attached is the notice of lodgment we filed on August 12.

Confidentiality Notice: This communication (including any attachments) is only for the use of the intended recipient and may contain confidential and/or privileged information. If any reader of this communication is not the intended recipient, then any use, disclosure or copying is strictly prohibited and may be unlawful. If you have received this communication in error, then please immediately notify the sender by return email, and delete this communication and all copies from your system. Thank you.

IRS Circular 230 Disclosure: Only formal opinions satisfying specific requirements may be relied on for the purpose of avoiding certain penalties under the Internal Revenue Code. This communication is not intended as an opinion for purposes of satisfying any such requirements, and any advice contained in this communication (including any attachments) cannot be used or relied upon for the purpose of avoiding penalties under the Internal Revenue Code, or for the purpose of promoting, marketing or recommending to anyone any transaction or matter addressed herein.

---

**From:** John Reitman <jreitman@landaufirm.com>
**Sent:** Friday, August 13, 2021 1:29 PM
**To:** Robert Marticello <rmarticello@swelawfirm.com>
**Cc:** Michael Simon <msimon@swelawfirm.com>; Jack Reitman <jareitman@landaufirm.com>
**Subject:** RE: Eagan Avenatti v. Aledmi - Proposed Order re Motion to Compel

Mr. Marticello, if you were not involved in the motion to compel issues or dis not attend the hearing, it would have been simpler for you to ask Mr. Simon what the Court said at the hearing then asking me to do so. But since you asked, the background discussed in the pleadings and what transpired at the hearing is as follows.

In the Trustee's opposition to Aledmi's motion to compel, at the hearing on that motion, and more than once to the attorneys of your firm(including in the meet and confer process), we explained the following: (1) virtually all of EA's business, financial and client records were stored on its computer servers; (2) in December 2018 or January 2019, those servers were moved from Eagan Avenatti's office to a third-party, off-site facility that maintained computer servers; (3) prior to the EA Receiver's appointment in February 2019, the servers were disconnected because EA had failed to pay monthly fees owed to the maintenance company; (4) in early April 2019, the Receiver learned where the servers were located; (5) at about the same time the IRS-CI division (involved in the criminal investigation of Michael Avenatti) requested that the Receiver turnover control of the servers to allow the government to make a "forensic image" of all information on the servers;the Receiver agreed to do so on the condition that the servers and a copy of the forensic image be delivered to him when the work was completed; (6) in late May or early June 2019, the Receiver received the servers and a copy of the forensic image of all information on the servers; (7) after the Receiver filed EA's bankruptcy, he retained possession of that property and also was appointed as the Trustee's consultant for that purpose and to access information from the forensic image (the servers remain inoperable).

As I (and in some instances Jack Reitman) also explained to the Court at the hearing, as well as on other occasiions to members of your firm, neither my firm, nor the Receiver, nor the Trustee have any knowledge of EA's activities that would allow us to locate information on the forensic image without the use of specific "key word" search terms. We requested that your firm provide the search terms it wanted us to use to respond to Aledmi's document requests, but your firm repeatedly refused to do that. Moreover, your firm has repeatedly taken the position that only its members have discretion to decide what is required to be produced and that the Trustee has no such discretion (as we both know, the Court is the ultimate arbiter of such a dispute). Searching for information "supporting, evidencing, referring to or RELATING TO" (terminology in Aledmi's document requests) (or similar terms) a particular subject is a futile exercise. The Court recognized that problem and specifically asked your colleague, Mr. Simon, to explain what he meant by insisting upon documents "relating to" a particular subject – Mr. Simon was not able to so.

At the discovery motion hearing, the Court sked me if the Trustee had already produced documents responsive to the specific requests for production in issue. I represented that all responsive documents that we were able to identify on the forensic image to each of those requests had been produced. I also explained how that had search had been accomplished – by using specific key-word searches that we had developed. By way of example, for documents "related to" to or "regarding" "financial statements", the search encompassed "financial statement[s]", "balance sheet[s]", "income statement[s]" and other recognized accounting terms. Adding the terminology demanded by your firm (such as "All DOCUMENTS AND COMMUNICATIONS supporting, evidencing, referring to or RELATING TO" or a subset of that language), adds nothing of value to the search. As it turned out, a search using such terms disclosed no identifiable EA financial reports on the forensic image. Similarly, your firm demanded that the Trustee produce "All DOCUMENTS and COMMUNICATIONS RELATING TO GLOBAL BARISTAS." Although we had explained that the request was overly broad and likely would result in the production numerous irrelevant documents and requested more specific search terms, your firm rejected that request. As a result of insisting on the

use of such vague terms without providing alternatives, your firm received “over 250,000 documents” and claims that is the Trustee’s fault.

In providing alternate language for the discovery motion order, I am not suggesting that the Court selected that language during the hearing. I am suggesting language that is in line with how we approached searching the forensic image and produced documents, and my understanding of what the Court expected us to do. I don’t intend my client or my firm to allow Aledmi to play “gotcha” by substituting one ambiguous term that it could not justify to the Court with an equally ambiguous term. If you have a reasonable alternative to my suggestion, please provide it to me. If you want to insist on language that is as ambiguous as the language the Court said was not clear, that is your choice to make.

John Reitman
Attorney

**Landau Law LLP**
2338 Manning Avenue
Los Angeles, CA 90064
Main: 310-557-0050
Direct: 310-691-7377
Fax: 310-557-0056
E-mail: jreitman@landaufirm.com
Web: www.landaufirm.com
Please consider the environment before printing.
This e-mail is a confidential communication and may also be legally privileged. If you are not the intended recipient, immediately you should: (1) reply via e-mail to sender; (2) destroy this communication and all copies thereof, including deletion of all associated text files from individual and network storage devices; and (3) refrain from disseminating this communication by any means whatsoever.
Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Robert Marticello <rmarticello@swelawfirm.com>
**Sent:** Thursday, August 12, 2021 9:07 PM
**To:** John Reitman <jreitman@landaufirm.com>
**Cc:** Michael Simon <msimon@swelawfirm.com>; Jack Reitman <jareitman@landaufirm.com>
**Subject:** Re: Eagan Avenatti v. Aledmi - Proposed Order re Motion to Compel

Please identify the language you believe is vague and is not the language that was specifically discussed and used on the record during the hearing.

Sent from my iPhone

On Aug 12, 2021, at 7:54 PM, John Reitman <jreitman@landaufirm.com> wrote:

Michael, if you lodge the order “as is”, the Trustee will file an objection to it. Do you

really want to revisit the vague language with the Court? I am available to discuss this further tomorrow or early next week.

John Reitman
Attorney

**Landau Law LLP**
2338 Manning Avenue
Los Angeles, CA 90064
Main: 310-557-0050
Direct: 310-691-7377
Fax: 310-557-0056
E-mail: jreitman@landaufirm.com
Web: www.landaufirm.com

Please consider the environment before printing.
This e-mail is a confidential communication and may also be legally privileged. If you are not the intended recipient, immediately you should: (1) reply via e-mail to sender; (2) destroy this communication and all copies thereof, including deletion of all associated text files from individual and network storage devices; and (3) refrain from disseminating this communication by any means whatsoever.
Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Michael Simon <msimon@swelawfirm.com>
**Sent:** Thursday, August 12, 2021 12:12 PM
**To:** Jack Reitman <jareitman@landaufirm.com>; John Reitman <jreitman@landaufirm.com>
**Cc:** Robert Marticello <rmarticello@swelawfirm.com>
**Subject:** RE: Eagan Avenatti v. Aledmi - Proposed Order re Motion to Compel

Thanks for your changes--we accepted the majority of them. See the attached redline with comments. We intend to lodge this form of the order today.

Thank you both.

<image001.jpg>

<image002.png>

<image003.png>

**Michael Simon**
Attorney
Smiley Wang-Ekvall, LLP
3200 Park Center Drive, Suite 250

Costa Mesa, CA 92626
Telephone: 714.445.1000
Facsimile: 714.445.1002
Email: msimon@swelawfirm.com
Website V-Card

Confidentiality Notice: This communication (including any attachments) is only for the use of the intended recipient and may contain confidential and/or privileged information. If any reader of this communication is not the intended recipient, then any use, disclosure or copying is strictly prohibited and may be unlawful. If you have received this communication in error, then please immediately notify the sender by return email, and delete this communication and all copies from your system. Thank you.

IRS Circular 230 Disclosure: Only formal opinions satisfying specific requirements may be relied on for the purpose of avoiding certain penalties under the Internal Revenue Code. This communication is not intended as an opinion for purposes of satisfying any such requirements, and any advice contained in this communication (including any attachments) cannot be used or relied upon for the purpose of avoiding penalties under the Internal Revenue Code, or for the purpose of promoting, marketing or recommending to anyone any transaction or matter addressed herein.

---

**From:** Jack Reitman <jareitman@landaufirm.com>
**Sent:** Wednesday, August 11, 2021 4:15 PM
**To:** Michael Simon <msimon@swelawfirm.com>; John Reitman <jreitman@landaufirm.com>
**Cc:** Robert Marticello <rmarticello@swelawfirm.com>
**Subject:** RE: Eagan Avenatti v. Aledmi - Proposed Order re Motion to Compel

Michael:

Please see the attached edits to the Order.

Jack A. Reitman
Attorney

**Landau Law LLP**
2338 Manning Ave.
Los Angeles, CA 90064
Main: 310-557-0050
Direct: 310-691-7383
Fax: 310-557-0056
E-mail: jareitman@landaufirm.com
Web: www.landaufirm.com
Please consider the environment before printing.
This e-mail is a confidential communication and may also be legally privileged. If you are not the intended recipient, immediately you should: (1) reply via e-mail to sender; (2) destroy this communication and all copies thereof, including deletion of all associated text files from individual and network storage devices; and (3) refrain from disseminating this communication by any means

whatsoever.
Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Jack Reitman <jareitman@landaufirm.com>
**Sent:** Tuesday, August 10, 2021 1:27 PM
**To:** Michael Simon <msimon@swelawfirm.com>; John Reitman <jreitman@landaufirm.com>
**Cc:** Robert Marticello <rmarticello@swelawfirm.com>
**Subject:** Re: Eagan Avenatti v. Aledmi - Proposed Order re Motion to Compel

Michael:

We will look it over and get back to you tomorrow.

Jack Reitman

---

**From:** Michael Simon <msimon@swelawfirm.com>
**Sent:** Tuesday, August 10, 2021 12:18:03 PM
**To:** John Reitman <jreitman@landaufirm.com>
**Cc:** Jack Reitman <jareitman@landaufirm.com>; Robert Marticello <rmarticello@swelawfirm.com>
**Subject:** RE: Eagan Avenatti v. Aledmi - Proposed Order re Motion to Compel

John,

Following up on the order. Please let me know if you have any changes.

If I don't hear from you by 5 today, I will assume you approve the order's form.

Thanks.

<image001.jpg>

<image002.png>

<image003.png>

**Michael Simon**
Attorney
Smiley Wang-Ekvall, LLP
3200 Park Center Drive, Suite 250

Costa Mesa, CA 92626
Telephone: 714.445.1000
Facsimile: 714.445.1002
Email: msimon@swelawfirm.com
Website V-Card

Confidentiality Notice: This communication (including any attachments) is only for the use of the intended recipient and may contain confidential and/or privileged information. If any reader of this communication is not the intended recipient, then any use, disclosure or copying is strictly prohibited and may be unlawful. If you have received this communication in error, then please immediately notify the sender by return email, and delete this communication and all copies from your system. Thank you.

IRS Circular 230 Disclosure: Only formal opinions satisfying specific requirements may be relied on for the purpose of avoiding certain penalties under the Internal Revenue Code. This communication is not intended as an opinion for purposes of satisfying any such requirements, and any advice contained in this communication (including any attachments) cannot be used or relied upon for the purpose of avoiding penalties under the Internal Revenue Code, or for the purpose of promoting, marketing or recommending to anyone any transaction or matter addressed herein.

---

**From:** Michael Simon
**Sent:** Saturday, August 7, 2021 1:18 PM
**To:** John Reitman <jreitman@landaufirm.com>
**Cc:** Jack Reitman <jareitman@landaufirm.com>; Robert Marticello <rmarticello@swelawfirm.com>
**Subject:** Eagan Avenatti v. Aledmi - Proposed Order re Motion to Compel

John,

Attached is our proposed form of the order on our motion to compel. Please let us know if acceptable.

Thank you.

Michael

<image001.jpg>

<image002.png>

<image003.png>

**Michael Simon**
Attorney
Smiley Wang-Ekvall, LLP

3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
Telephone: 714.445.1000
Facsimile: 714.445.1002
Email: msimon@swelawfirm.com
Website V-Card

Confidentiality Notice: This communication (including any attachments) is only for the use of the intended recipient and may contain confidential and/or privileged information. If any reader of this communication is not the intended recipient, then any use, disclosure or copying is strictly prohibited and may be unlawful. If you have received this communication in error, then please immediately notify the sender by return email, and delete this communication and all copies from your system. Thank you.

IRS Circular 230 Disclosure: Only formal opinions satisfying specific requirements may be relied on for the purpose of avoiding certain penalties under the Internal Revenue Code. This communication is not intended as an opinion for purposes of satisfying any such requirements, and any advice contained in this communication (including any attachments) cannot be used or relied upon for the purpose of avoiding penalties under the Internal Revenue Code, or for the purpose of promoting, marketing or recommending to anyone any transaction or matter addressed herein.

# EXHIBIT 5

**SMILEY WANG-EKVALL, LLP**
Robert S. Marticello, State Bar No. 244256
*rmarticello@swelawfirm.com*
Michael L. Simon, State Bar No. 300822
*msimon@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone: 714 445-1000
Facsimile: 714 445-1002

Attorneys for Defendants

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA DIVISION**

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>Debtor. | Case No. 8:19-bk-13560-SC<br><br>Chapter 7<br><br>Adv. No. 8:20-ap-01049-SC |
| RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR EAGAN AVENATTI, LLP,<br><br>Plaintiff,<br><br>v.<br><br>ALEDMI, LLC, an administratively dissolved Washington limited liability company; ALAN CHAFEE, as successor in interest to ALEDMI, LLC; EDWIN SPAUNHURST, as successor in interest to ALEDMI, LLC; MICHAEL WHITE, as successor in interest to ALEDMI, LLC;<br><br>Defendants. | **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR ORDER COMPELLING TRUSTEE TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37**<br><br>**Hearing (via Zoom for Government):**<br>**Date: July 29, 2021**<br>**Time: 11:00 a.m.**<br>**Place: Courtroom 5C**<br>**411 W. Fourth St.,**<br>**Santa Ana, CA 92701** |

On July 29, 2021, at 11:00 a.m., the above-captioned Court held a hearing on the motion of defendants Aledmi, LLC, Alan Chafee, Edwin Spaunhurts, and Michael White (collectively, the "Defendants") for an order compelling plaintiff Richard A. Marshack, Chapter 7 Trustee (the "Trustee") for Eagan Avenatti, LLP (the "Debtor"), to produce documents pursuant to Federal

Rule of Civil Procedure 37 [Docket No. 54] (the "Motion"). Michael L. Simon and Robert S. Marticello of Smiley Wang-Ekvall, LLP, appeared on behalf of the Defendants. All other appearances were as noted on the record.

Having considered the Motion, the joint stipulation [Docket No. 55], and all other filings related thereto, the statements of counsel made on the record at the hearing, and finding that notice and service were proper, and sufficient cause appearing therefor, for the reasons stated on the record,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted in part and denied in part as set forth below~~;~~:

2. Within 30 days after entry of this order, the Trustee shall produce the following documents to the Defendants:

A. All documents regarding~~relating to~~~~that the Trustee has been able to determine mentions or discusses~~ any claims of Stoll, Nussbaaum & Polakov APC, against the Debtor that were owed at any time between January 1, 2013 and December 31, 2015.

Commented [MS1]: The Court used the word "regarding" at the hearing. Same change for 2B-E.

B. All documents regarding ~~relating to~~~~that the Trustee has been able to determine mentions or discusses~~ any claims of the California Franchise Tax Board, against the Debtor that were owed at any time between January 1, 2013 and December 31, 2015.

C. All documents regarding ~~that the Trustee has been able to determine mentions or discusses~~~~relating to~~ any claims of the Internal Revenue Service against the Debtor that were owed at any time between January 1, 2013 and December 31, 2015.

D. All documents regarding~~that the Trustee has been able to determine mentions or discusses~~~~relating to~~ any claims of Jason Frank or Jason Frank Law, PLC, against the Debtor that were owed at any time between January 1, 2013 and December 31, 2015.

E. All documents regarding~~that the Trustee has been able to determine mentions, or discusses~~~~relating to~~ any claims of Baker, Keener & Nahra, LLP, against the Debtor that were owed at any time between January 1, 2013 and December 31, 2015.

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
~~Tel 714 445 1000~~ • ~~Fax 714 445 1002~~

F. All communications—including emails, letters, notes and memoranda—that the Trustee has been able to determine, mentions, or discusses related to related to the Debtor's receipt of the loan proceeds from Aledmi, LLC ("Aledmi").

G. All financial statements of the Debtor from January 1, 2013, through and including December 31, 2014;

H. All documents and communications relating to the "7-Year Transfers" (as defined in the complaint [Docket No. 19] (the "Complaint")) from the Debtor to Aledmi; and

I. The Eagan Avenatti LLP partnership agreement and any modification to it, along with the withdrawal leter unsigned by Mr. Eagan. If the Trustee or anyone on his behalf locates the withdrawal letter signed by Mr. Eagan that was discussed at the July 29, 2021 hearing on the Motion, the Trustee shall produce such to the Defendants as soon as practicable.

3. Within twenty one days after entry of this order, the Trustee shall produce to the Defendants all financial statements of the Debtor from January 1, 2013, through and including December 31, 2014, from the physical files that are being held in storage by the Trustee.

4. Within seven days after entry of this order, the Trustee shall produce to the Defendants all communications that the Trustee has been able to determine mentions or discusses—including emails, letters, notes and memoranda—related to the Debtor's use of the Aledmi loan proceeds; .

5. Within twenty one days after entry of this order, the Trustee shall produce to the Defendants all documents on which the Trustee relied in asserting that the Debtor was in default on multiple obligations at the time of the 7-Year Transfers to Aledmi as alleged in Paragraph 36 of the Complaint, lines 6 through 7.

6. Within seven days after entry of this order, the Trustee shall produce to the Defendants all documents and communications on which the Trustee relied in asserting that that the Debtor repaid the Aledmi loan to Global Baristas in the opposition [Docket No. 65].

**Commented [MS2]:** At the hearing, I asked for all communications related to EA's receipt of the Aledmi loan proceeds; the Court asked if by "communications," I meant emails, letters, notes and memos, I said yes, and John said he had already produced them and would produce them again.

**Commented [MS3]:** This request was separate from the Court asking John to produce financial statements from the physical files. This provision would cover financial statements that aren't in the physical files.

**Commented [MS4]:** I accepted your changes, including your deletion of what was formerly paragraph 7.

**Commented [MS5]:** Same as 2F.

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

7. Within twenty one days after entry of this order, the Trustee shall produce to the Defendants all documents and communications that the Trustee is relying on to develop the Debtor's intent for the actual fraudulent transfer allegations in the Complaint.

8. Each production ordered herein shall be made by separate email with a transmittal note identifying the specific category of production.

9. The Defendants' requests for attorneys' fees and costs related to prosecuting is denied.

10. The discovery cut-off deadline, as to issues in the Motion only, is extended from July 30, 2021 to September 30, 2021.

11. The motion cut-off deadline is extended from October 6, 2021 to November 4, 2021.

###

# EXHIBIT 6

**SMILEY WANG-EKVALL, LLP**
Robert S. Marticello, State Bar No. 244256
*rmarticello@swelawfirm.com*
Michael L. Simon, State Bar No. 300822
*msimon@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone: 714 445-1000
Facsimile: 714 445-1002

Attorneys for Defendants

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA DIVISION**

In re

EAGAN AVENATTI, LLP,

Debtor.

RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR EAGAN AVENATTI, LLP,

Plaintiff,

v.

ALEDMI, LLC, an administratively dissolved Washington limited liability company; ALAN CHAFEE, as successor in interest to ALEDMI, LLC; EDWIN SPAUNHURST, as successor in interest to ALEDMI, LLC; MICHAEL WHITE, as successor in interest to ALEDMI, LLC;

Defendants.

Case No. 8:19-bk-13560-SC

Chapter 7

Adv. No. 8:20-ap-01049-SC

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR ORDER COMPELLING TRUSTEE TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37**

**Hearing (via Zoom for Government):**
**Date:** **July 29, 2021**
**Time:** **11:00 a.m.**
**Place:** **Courtroom 5C**
**411 W. Fourth St.,**
**Santa Ana, CA 92701**

On July 29, 2021, at 11:00 a.m., the above-captioned Court held a hearing on the motion of defendants Aledmi, LLC, Alan Chafee, Edwin Spaunhurts, and Michael White (collectively, the "Defendants") for an order compelling plaintiff Richard A. Marshack, Chapter 7 Trustee (the "Trustee") for Eagan Avenatti, LLP (the "Debtor"), to produce documents pursuant to Federal

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

Rule of Civil Procedure 37 [Docket No. 54] (the "Motion"). Michael L. Simon and Robert S. Marticello of Smiley Wang-Ekvall, LLP, appeared on behalf of the Defendants. All other appearances were as noted on the record.

Having considered the Motion, the joint stipulation [Docket No. 55], and all other filings related thereto, the statements of counsel made on the record at the hearing, and finding that notice and service were proper, and sufficient cause appearing therefor, for the reasons stated on the record,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted in part and denied in part as set forth below:

2. Within 30 days after entry of this order, the Trustee shall produce the following documents to the Defendants:

A. All documents that the Trustee has been able to determine mentions or discusses any claims of Stoll, Nussbaaum & Polakov APC, against the Debtor that were owed at any time between January 1, 2013 and December 31, 2015.

B. All documents that the Trustee has been able to determine mentions or discusses any claims of the California Franchise Tax Board, against the Debtor that were owed at any time between January 1, 2013 and December 31, 2015.

C. All documents that the Trustee has been able to determine mentions or discusses any claims of the Internal Revenue Service against the Debtor that were owed at any time between January 1, 2013 and December 31, 2015.

D. All documents that the Trustee has been able to determine mentions or discusses any claims of Jason Frank or Jason Frank Law, PLC, against the Debtor that were owed at any time between January 1, 2013 and December 31, 2015.

E. All documents that the Trustee has been able to determine mentions or discusses any claims of Baker, Keener & Nahra, LLP, against the Debtor that were owed at any time between January 1, 2013 and December 31, 2015.

F.    All communications—including emails, letters, notes and memoranda—that the Trustee has been able to determine mentions or discusses the Debtor's receipt of the loan proceeds from Aledmi, LLC ("Aledmi").

G.    All financial statements of the Debtor from January 1, 2013, through and including December 31, 2014;

H.    All documents and communications relating to the "7-Year Transfers" (as defined in the complaint [Docket No. 19] (the "Complaint")) from the Debtor to Aledmi; and

I.    The Eagan Avenatti LLP partnership agreement and any modification to it, along with the withdrawal leter unsigned by Mr. Eagan.  If the Trustee or anyone on his behalf locates the withdrawal letter signed by Mr. Eagan that was discussed at the July 29, 2021 hearing on the Motion, the Trustee shall produce such to the Defendants as soon as practicable.

3.    Within twenty one days after entry of this order, the Trustee shall produce to the Defendants all financial statements of the Debtor from January 1, 2013, through and including December 31, 2014, from the physical files that are being held in storage by the Trustee.

4.    Within seven days after entry of this order, the Trustee shall produce to the Defendants all communications—including emails, letters, notes and memoranda— that the Trustee has been able to determine mentions or discusses the Debtor's use of the Aledmi loan proceeds.

5.    Within twenty one days after entry of this order, the Trustee shall produce to the Defendants all documents on which the Trustee relied in asserting that the Debtor was in default on multiple obligations at the time of the 7-Year Transfers to Aledmi as alleged in Paragraph 36 of the Complaint, lines 6 through 7.

6.    Within seven days after entry of this order, the Trustee shall produce to the Defendants all documents and communications on which the Trustee relied in asserting that  that the Debtor repaid the Aledmi loan to Global Baristas in the opposition [Docket No. 65].

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

7. Within twenty one days after entry of this order, the Trustee shall produce to the Defendants all documents and communications that the Trustee is relying on to develop the Debtor's intent for the actual fraudulent transfer allegations in the Complaint.

8. Each production ordered herein shall be made by separate email with a transmittal note identifying the specific category of production.

9. The Defendants' requests for attorneys' fees and costs related to prosecuting is denied.

10. The discovery cut-off deadline, as to issues in the Motion only, is extended from July 30, 2021 to September 30, 2021.

11. The motion cut-off deadline is extended from October 6, 2021 to November 4, 2021.

###

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**LANDAU LAW LLP, 2338 Manning Avenue, Los Angeles, CA 90064.**

A true and correct copy of the foregoing document entitled (*specify*): ***Declaration of Jack A. Reitman in Support of Plaintiff Trustee's Objection to Defendants' Lodged Order Granting in Part and Denying in Part Defendants' Motion for Order Compelling Trustee to Produce Documents Pursuant to Federal Rule of Civil Procedure 37; Exhibits*** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 17, 2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Lei Lei Wang Ekvall lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com**
- **Jessica R MacGregor jmacgregor@longlevit.com, lmyers@longlevit.com**
- **Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com**
- **Jack A. Reitman jareitman@landaufirm.com, srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com**
- **Michael Simon msimon@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com**
- **United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **August 17, 2021,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Scott C. Clarkson**
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_______, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 17, 2021 | Vanessah Berstecher | /s/ Vanessah Berstecher |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**