**SMILEY WANG-EKVALL, LLP**
Robert S. Marticello, State Bar No. 244256
*rmarticello@swelawfirm.com*
Michael L. Simon, State Bar No. 300822
*msimon@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:    714 445-1000
Facsimile:    714 445-1002

Attorneys for Defendants

FILED & ENTERED

JAN 04 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>                              Debtor.<br><br>RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR EAGAN AVENATTI, LLP,<br><br>                              Plaintiff,<br><br>v.<br><br>ALEDMI, LLC, an administratively dissolved Washington limited liability company; ALAN CHAFEE, as successor in interest to ALEDMI, LLC; EDWIN SPAUNHURST, as successor in interest to ALEDMI, LLC; MICHAEL WHITE, as successor in interest to ALEDMI, LLC;<br><br>                              Defendants. | Case No. 8:19-bk-13560-SC<br><br>Chapter 7<br><br>Adv. No. 8:20-ap-01049-SC<br><br>**FINAL JUDGMENT IN FAVOR OF DEFENDANTS**<br><br>**Hearing**<br>Date:    December 2, 2021<br>Time:    11:00 a.m.<br>Place:    Courtroom 5C<br>             411 W. Fourth St.,<br>             Santa Ana, CA 92701 |

On December 2, 2021, the *Defendants' Motion for Summary Judgment* [Docket No. 91] came on for hearing in Courtroom 5C of the United States Bankruptcy Court located at 411 W. Fourth St., Santa Ana, CA 92701.

Robert S. Marticello and Michael L. Simon of Smiley Wang-Ekvall, LLP, appeared on behalf of defendants Aledmi, LLC, Alan Chafee, Edwin Spaunhurst, and Michael White

2895910.1                                                                                                                                  FINAL JUDGMENT

(collectively, the "Defendants"). John P. Reitman of Landau Law LLP appeared on behalf of plaintiff Richard A. Marshack, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Eagan Avenatti, LLP.

On December 22, 2021, the Court entered the *Order Granting Defendants' Motion for Summary Judgment* [Docket No. 131] (the "Order"). Based on all of the reasons, findings of fact, and conclusions of law set forth in the Order, and good cause appearing therefor,

**IT IS HEREBY ADJUDGED AND DECREED** that:

1. Final judgment is entered in favor of the Defendants and against the Trustee on the entire complaint [Docket No. 19] (the "Complaint");

2. Final judgment is entered in favor of the Defendants and against the Trustee on the First Claim for Relief in the Complaint;

3. Final judgment is entered in favor of the Defendants and against the Trustee on the Second Claim for Relief in the Complaint;

4. Final judgment is entered in favor of the Defendants and against the Trustee on the Third Claim for Relief in the Complaint;

5. Final Judgment is entered in favor of the Defendants and against the Trustee on the Defendants' affirmative defense pursuant to California Civil Code § 3439.08 and such defense provides a complete defense to all of the claims for relief in the Complaint; and

6. The Trustee is not entitled to any relief through the Complaint or the claims for relief asserted therein, and the Trustee takes nothing by way of the Complaint.

###

Date: January 4, 2022

Scott C. Clarkson
United States Bankruptcy Judge